HARRY S. KATZIN, HERMAN Z. BAUM, MORITZ L. COHEN and SAMUEL KATZIN, complainants-respondents,

*v.*

KRUVANT-MAYZEL COMPANY, a corporation of New Jersey, and HARRY KRUVANT, defendants-appellants.

[Submitted October term, 1932. Decided January 31st, 1933.]

*Messrs. Kanter & Kanter* (*Mr. Elias A. Kanter,* of counsel), for the appellants.

*Mr. Theodore Silver* (*Mr. Thomas B. Healey,* of counsel), for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry. We have considered the allowance of counsel fee made by the vice-chancellor, and find nothing in the record to indicate that it was excessive. We therefore conclude it should not be disturbed.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 13.

*For reversal*—None.